NEW YORK STATE URBAN DEVELOPMENT CORPORATION, Individually and Doing Business as EMPIRE STATE DEVELOPMENT CORPORATION, et al., Respondents. [887 NYS2d 919]—Appeal from a judgment (denominated order) of the Supreme Court, Monroe County (William P. Polito, J.), entered July 2, 2009 in a proceeding pursuant to CPLR article 78. The judgment, insofar as appealed from, dismissed the petition of petitioner LVI Environmental Services, Inc.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Peradotto, Green, Pine and Gorski, JJ.

■ In the Matter of RONALD H. TILLS, a Suspended Attorney, Resignor. [887 NYS2d 905]—Resignation accepted and name stricken from roll of attorneys. Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Oct. 29, 2009.)

■ In the Matter of ALLAN J. GREEN, an Attorney, Respondent. [887 NYS2d 902]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f) and (g). Present—Martoche, J.P., Fahey, Carni, Green and Pine, JJ. (Filed Oct. 29, 2009.)

■ In the Matter of DEBORAH F. HARRIS, an Attorney, Resignor. [887 NYS2d 906]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Martoche, P.J. Fahey, Carni, Green and Pine, JJ. (Filed Oct. 9, 2009.)

■ In the Matter of ANDREW M. SAVAGE, an Attorney, Resignor. [887 NYS2d 905]—Voluntary resignation accepted and name removed from roll of attorneys. Present—Martoche, P.J. Fahey, Carni, Green and Pine, JJ. (Filed Oct. 26, 2009.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NATHANIEL PITTMAN, Appellant. [887 NYS2d 925]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Martoche, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. HILL, Appellant. [887 NYS2d 925]—Motion for writ of error coram nobis denied. Present—Peradotto, J.P., Carni, Gorski and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE JOHNSON, Appellant. [887 NYS2d 925]—Motion for writ of error coram nobis denied. Present—Scudder, P.J, Centra, Peradotto and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMMANUEL JOHNSON, Appellant. [887 NYS2d 925]—Motion for writ